CHASE BROTHERS COMPANY, Respondent, *v.* ROCHESTER NURSERIES, INC., Appellant.

(Argued March 21, 1932; decided April 26, 1932.)

*Byron A. Johnson* for appellant.

*George S. Van Schaick* and *Nelson Warner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.